# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newman, Jon O. | U.S. Court of Appeals for the Second Circuit | 06/09/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge senior status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Corporator | Hartford Hospital |
| 2. | Corporator | Institute of Living |
| 3. | Elector | Hartford Atheneum |
| 4. | Life Regent | University of Hartford |
| 5. | Trustee | No. 1 ▓ Trust (assets listed in Part VII, lines 114-144 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Yale University | Sept. 25-28, 2013 | New Haven, CT | attend Global Constitutional Seminar | breakfasts and parking three days |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Yale University | three nights lodging, lunches, and dinners at Global Constitutional sminar | $900.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank accounts and cash (H): | | | | | | | | | |
| 2. Bank of America -- Sarasota, FL -- Checking Acct. | A | Interest | M | T | | | | | |
| 3. ▨ People's Bank | A | Interest | J | T | | | | | |
| 4. ▨ Wells Fargo Bank | A | Interest | L | T | | | | | |
| 5. Morgan Stanley account (H): | | | | | | | | | |
| 6. Morgan Stanley Active Assets Tax Free Trust | A | Interest | N | T | | | | | |
| 7. stocks (H): | | | | | | | | | |
| 8. Air Products | C | Dividend | M | T | | | | | |
| 9. Cisco | B | Dividend | L | T | | | | | |
| 10. Cummins | C | Dividend | M | T | | | | | |
| 11. Devon Energy | B | Dividend | L | T | | | | | |
| 12. Express Scripts | | None | M | T | | | | | |
| 13. Johnson and Johnson | C | Dividend | M | T | | | | | |
| 14. Johnson Controls | C | Dividend | N | T | | | | | |
| 15. Merck | D | Dividend | M | T | | | | | |
| 16. Microsoft | B | Dividend | L | T | | | | | |
| 17. Minnesota Miniing and Manufacturing | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royal Dutch Shell | D | Dividend | M | T | | | | | |
| 19. Total Fina | D | Dividend | M | T | | | | | |
| 20. mutual funds (H): | | | | | | | | | |
| 21. Calamos Growth & Income C Fund | D | Distribution | M | T | | | | | |
| 22. Dreyfus Premier Technology Fund | A | Distribution | K | T | | | | | |
| 23. Fed Max Cap Fund | B | Distribution | K | T | | | | | |
| 24. Henderson Int'l Op. Fund | | None | K | T | | | | | |
| 25. Invesco Balanced Risk Alloc. C Fund | B | Distribution | L | T | Buy | 8/19/13 | K | | |
| 26. Mainstay Large Cap Fund | B | Dividend | K | T | | | | | |
| 27. Oppenheimer SR Floating Rate Fund | B | Dividend | L | T | | | | | |
| 28. Prudential Jennison Small Cap Cl C Fund | C | Distribution | K | T | | | | | |
| 29. Schwab 1000 Fund | B | Distribution | L | T | | | | | |
| 30. SPDR Barcap Short Term Hi Yield Fund | | None | K | T | Buy | 8/14/13 | K | | |
| 31. bonds (H): | | | | | | | | | |
| 32. Babylon, N.Y. '13 5.0 | B | Interest | | | Redeemed | 9/3/13 | K | | |
| 33. Bay County FL. School Board '19 4.25 | C | Interest | M | T | | | | | |
| 34. Bridgeport '13 5.0 | B | Interest | | | Matured | 10/1/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brookfield CT '14 3.5 | B | Interest | L | T | | | | | |
| 36. CT G.O. Ser. A '13 5.0 | B | Interest | | | Matured | 4/15/13 | K | | |
| 37. CT G.O. '14 5.0 | C | Interest | M | T | | | | | |
| 38. CT G.O. Ser. C '16 4.0 | B | Interest | L | T | | | | | |
| 39. CT G.O. Ser. C '16 5.0 | B | Interest | L | T | | | | | |
| 40. CT G.O. Ser. D '13 4.25 | B | Interest | | | Matured | 11/1/13 | L | | |
| 41. CT G.O. Ser. E '16 5.0 | B | Interest | L | T | | | | | |
| 42. CT Health & Ed. '15 3.4 | A | Interest | L | T | | | | | |
| 43. CT Health '16 5.0 | C | Interest | M | T | | | | | |
| 44. CT Spl. Tax '15 2.75 | B | Interest | M | T | | | | | |
| 45. Danbury CT. '19 2.5 | B | Interest | L | T | | | | | |
| 46. Darien CT '14 2.0 | A | Interest | L | T | | | | | |
| 47. Erlanger-Elsmere KY. sch. '17 3.5 | A | Interest | L | T | Buy | 7/23/13 | L | | |
| 48. Fairfield CT '15 4.25 | B | Interest | L | T | | | | | |
| 49. Florida Hurricane '16 5.0 | B | Interest | L | T | | | | | |
| 50. Florida St. Turnpike '14 5.0 | B | Interest | L | T | | | | | |
| 51. Fremont CA '15 3.0 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Glastonbury '13 4.25 | B | Interest | | | Redeemed | 9/3/13 | K | | |
| 53. Hartford County Met '13 3.25 | C | Interest | | | Redeemed | 6/23/13 | L | | |
| 54. Hartford CT '15 5.25 | C | Interest | L | T | | | | | |
| 55. Jackson County '18 4.0 | | None | L | T | Buy | 11/4/13 | L | | |
| 56. Lakewood County CTFS '15 4.0 | A | Interest | L | T | | | | | |
| 57. Lee County School Bd. '17 4.0 | | None | L | T | Buy | 11/4/13 | L | | |
| 58. N.J. HCF Fin. '13 5.0 | B | Interest | | | Redeemed | 9/16/13 | K | | |
| 59. Northern Mun. Pwr Agy Minn '17 5.0 | A | Interest | L | T | Buy | 6/17/13 | L | | |
| 60. N.Y. Dorm. Auth. '14 4.0 | B | Interest | K | T | | | | | |
| 61. N.Y. Housing Develop. '18 2.25 | A | Interest | L | T | | | | | |
| 62. Puerto Rico Power '14 5.25 | C | Interest | K | T | | | | | |
| 63. Rensselear Co. N.Y. '15 4.2 | B | Interest | L | T | | | | | |
| 64. Shelton CT '17 2.125 | A | Interest | K | T | | | | | |
| 65. St. Lucie FL. sch. bd. '25 5.0 | | None | L | T | Buy | 7/3/13 | L | | |
| 66. Tampa Bay FL. Water '18 5.0 | B | Interest | L | T | | | | | |
| 67. Tarrant County Tex. Health '13 5.0 | B | Int./Div. | | | Matured | 12/1/13 | K | | |
| 68. Tulsa County OK Indian Auth. '14 4.0 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Univ. CT '16 5.0 | B | Interest | L | T | | | | | |
| 70. Weber County Utah Mun. Bldg. '13 3.25 | A | Interest | L | T | Buy | 7/3/13 | L | | |
| 71. Wells Fargo Account (H): | | | | | | | | | |
| 72. Wells Fargo Advisors, Sarasota FL Money Market Acct | A | Interest | J | T | Buy | 07/15/13 | J | | |
| 73. stocks (H): | | | | | | | | | |
| 74. Aflac | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 75. AT&T | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 76. Amgen | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 77. Apple | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 78. Automatic Data Processing | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 79. Berkshire Hathaway | | None | J | T | Buy | 7/15/13 | J | | |
| 80. Chevron | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 81. Cisco | A | Dividend | | | Buy | 09/04/13 | J | | |
| 82. Cisco | | None | | | Sold | 11/15/13 | J | | |
| 83. Coca-cola | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 84. Colgate-Palmolive | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 85. Conoco Phillips | A | Dividend | J | T | Buy | 07/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Dow Chemical | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 87. DuPont | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 88. Ford | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 89. Ford | | None | | | Sold | 1/18/13 | J | | |
| 90. General Electric | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 91. General Mills | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 92. Illinois Tool Works | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 93. Intel | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 94. Johnson & Johnson | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 95. JP Morgan Chase | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 96. Kimberly-Clark | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 97. McDonalds | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 98. Merck | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 99. Microsoft | A | Dividend | | | Buy | 7/15/13 | J | | |
| 100. Microsoft | A | Dividend | | | Buy (add'l) | 7/19/13 | J | | |
| 101. Microsoft | | None | | | Sold | 9/4/13 | J | | |
| 102. Nextera Energy | A | Dividend | J | T | Buy | 7/15/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Pfizer | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 104.  Procter & Gamble | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 105.  UGI Corp. | A | Dividend | J | T | Buy | 7/15/13 | J | | |
| 106.  US Bancorp | | None | J | T | Buy | 12/18/13 | J | | |
| 107.  (H) Other: | | | | | | | | | |
| 108.  1/2 Int. W. Htfd. CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 109.  Thames & Hudson Royalty Contract | A | Royalty | J | W | | | | | |
| 110.  Condo, University Park, FL purchased 4/9/99 $179,000 | | None | | | Sold | 4/10/13 | M | F | |
| 111.  AIG Annuity (IRA) | B | Interest | K | T | | | | | |
| 112.  AIG Annuity (IRA) | A | Interest | J | T | | | | | |
| 113. | | | | | | | | | |
| 114.  Trust No. 1: | E | Int./Div. | P1 | T | | | | | |
| 115.  - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 116.  - stocks (H): | | | | | | | | | |
| 117.  - Alexander & Baldwin | | | | | Sold | 5/24/13 | L | D | |
| 118.  - Corning | | | | | | | | | |
| 119.  - Covidien | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - DuPont | | | | | Sold | 5/24/13 | M | E | |
| 121. - Exxon Mobil | | | | | | | | | |
| 122. - General Electric | | | | | Sold | 12/20/13 | L | | |
| 123. - Honeywell | | | | | Sold (part) | 12/17/13 | K | E | |
| 124. - Insteel | | | | | | | | | |
| 125. - Koninklijke Phillips | | | | | | | | | |
| 126. - Mallinckrodt | | | | | Spinoff (from line 119) | 6/28/13 | J | | |
| 127. - M & T Bank | | | | | | | | | |
| 128. - Norfolk Southern | | | | | | | | | |
| 129. - Pentair | | | | | Sold | 5/24/13 | J | A | |
| 130. - Pfizer | | | | | Sold (part) | 5/24/13 | J | B | |
| 131. - Pitney Bowes | | | | | Sold | 12/17/13 | K | | |
| 132. - The ADT Corp. | | | | | Spinoff (from line 133) | 9/28/13 | J | | |
| 133. - Tyco Int'l | | | | | | | | | |
| 134. - mutual funds (H): | | | | | | | | | |
| 135. - Federated Floating Rate Strategic Income Fund | | | | | Buy | 9/11/13 | M | | |
| 136. - bonds (H): | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Acalanes CA High Sch. '24 5.0 | | | | | Buy | 6/20/13 | L | | |
| 138. - CT St Spl Tax '20 3.9 | | | | | | | | | |
| 139. - Ledyard '13 5.0 | | | | | Matured | 8/1/13 | L | | |
| 140. - Lee County FL '19 4.75 | | | | | | | | | |
| 141. - Miami-Dade County FL Sch. Bd. '17 4.0 | | | | | Buy | 8/14/13 | L | | |
| 142. - Newtown CT '15 3.5 | | | | | | | | | |
| 143. - New York NY Prior Issues '17 5.0 | | | | | | | | | |
| 144. - Niskayuna NY School Dist. '17 5.0 | | | | | | | | | |
| 145. - ▨ Trust No. 2: | G | Int./Div. | P2 | T | | | | | |
| 146. - brokerage account No. 1 (H): | | | | | | | | | |
| 147. - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 148. - stocks (H): | | | | | | | | | |
| 149. - 3M | | | | | | | | | |
| 150. - Adobe Systems | | | | | | | | | |
| 151. - Agilent | | | | | | | | | |
| 152. - American Express | | | | | | | | | |
| 153. - Automatic Data Processing | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Baxter Int'l | | | | | | | | | |
| 155.  - Becton Dickinson | | | | | | | | | |
| 156.  - Cigna | | | | | | | | | |
| 157.  - DeMaster Blender | | | | | Sold | 9/24/13 | K | E | |
| 158.  - Dominion Resources | | | | | | | | | |
| 159.  - Edwards Life Resources | | | | | | | | | |
| 160.  - Emerson Electric | | | | | | | | | |
| 161.  - Express Scripts | | | | | | | | | |
| 162.  - General Mills | | | | | | | | | |
| 163.  - Hillshire Brands | | | | | | | | | |
| 164.  - Home Depot | | | | | | | | | |
| 165.  - Intel | | | | | | | | | |
| 166.  - IBM | | | | | | | | | |
| 167.  - McDonalds | | | | | | | | | |
| 168.  - Microsoft | | | | | | | | | |
| 169.  - Plum Creek Timber | | | | | | | | | |
| 170.  - Procter & Gamble | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.   - RPM Int'l | | | | | | | | | |
| 172.   - Travelers | | | | | | | | | |
| 173.   - T Rowe Price | | | | | | | | | |
| 174.   - bonds: | | | | | | | | | |
| 175.   - Bethel CT '17 3.0 | | | | | | | | | |
| 176.   - Clark County Nev '17 3.0 | | | | | Buy | 7/3/13 | L | | |
| 177.   - College of Charleston SC | | | | | | | | | |
| 178.   - Cromwell CT '20 4.0 | | | | | Buy | 11/13/13 | L | | |
| 179.   - CT '14 3.3 | | | | | | | | | |
| 180.   - CT G.O. '14 4.0 | | | | | | | | | |
| 181.   - CT Health & Ed '15 3.5 | | | | | | | | | |
| 182.   - CT Health & Ed '17 5.0 | | | | | | | | | |
| 183.   - CT Mun. Elec. '16 4.0 | | | | | | | | | |
| 184.   - CT Series D '15 3.5 | | | | | | | | | |
| 185.   - CT State '13 3.5 | | | | | Redeemed | 5/13/13 | K | | |
| 186.   - CT State '13 4.0 | | | | | Redeemed | 7/1/13 | K | | |
| 187.   - CT State '14 4.0 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Glastonbury CT '14 3.75 | | | | | | | | | |
| 189. - Groton CT '15 3.75 | | | | | | | | | |
| 190. - Guilford CT '18 3.0 | | | | | | | | | |
| 191. - Harrison NJ '20 3.0 | | | | | Buy | 11/13/13 | L | | |
| 192. - Hartford County '18 3.5 | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. - Newtown CT '16 2.25 | | | | | | | | | |
| 195. - N.Y. Dorm. Auth. '17 5.0 | | | | | | | | | |
| 196. - Plymouth CT '17 3.0 | | | | | | | | | |
| 197. - South Central CT water '15 4.0 | | | | | | | | | |
| 198. - Southington CT '18 3.5 | | | | | | | | | |
| 199. - Tolland CT '13 4.0 | | | | | Redeemed | 8/15/13 | K | | |
| 200. - UConn '14 3.7 | | | | | | | | | |
| 201. - Univ. Hawaii '16 4.0 | | | | | Buy | 7/3/13 | L | | |
| 202. - Washington Health '23 5.25 | | | | | Buy | 11/19/13 | L | | |
| 203. - Westport CT '13 5.0 | | | | | Redeemed | 8/15/13 | L | | |
| 204. - brokerage account No. 2 (H): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Morgan Stanley Active Assets Trust Free Trust | | | | | | | | | |
| 206. - stocks (H): | | | | | | | | | |
| 207. - Abbott Labs | | | | | Buy (add'l) | 6/4/13 | J | | |
| 208. - Abbvie | | | | | Buy (add'l) | 6/3/13 | J | | |
| 209. - Ace Ltd. | | | | | Buy | 11/19/13 | J | | |
| 210. - Air Products | | | | | Buy | 4/30/13 | J | | |
| 211. - American Express | | | | | | | | | |
| 212. - Apache | | | | | Sold | 2/19/13 | J | | |
| 213. - Apple | | | | | | | | | |
| 214. - Arcos Dorados | | | | | Sold | 6/10/13 | J | | |
| 215. - ASML Holding | | | | | Buy | 11/19/13 | J | | |
| 216. - Automatic Data Processing | | | | | | | | | |
| 217. - Blackrock | | | | | | | | | |
| 218. - Caterpillar | | | | | Buy (add'l) | 4/30/13 | J | | |
| 219. - CDN Pacific RY | | | | | Buy | 2/26/13 | J | | |
| 220. - Chevron | | | | | Buy (add'l) | 6/4/13 | J | | |
| 221. - Coca-cola | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Comcast | | | | | Buy | 2/19/13 | J | | |
| 223.  - Comcast | | | | | Buy (add'l) | 6/4/13 | J | | |
| 224.  - Conoco | | | | | | | | | |
| 225.  - Diageo | | | | | | | | | |
| 226.  - EOG Resources | | | | | Buy | 7/9/13 | J | | |
| 227.  - Estee Lauder | | | | | | | | | |
| 228.  - Exxon Mobil | | | | | Sold (part) | 7/9/13 | J | A | |
| 229.  - Franklin Resources | | | | | | | | | |
| 230.  - Freeport McMoran | | | | | Buy (add'l) | 4/30/13 | J | | |
| 231.  - General Electric | | | | | | | | | |
| 232.  - HSBC | | | | | | | | | |
| 233.  - IBM | | | | | Buy (add'l) | 12/12/13 | J | | |
| 234.  - Intel | | | | | Buy (add'l) | 4/30/13 | J | | |
| 235.  - Intuitive Surgical | | | | | | | | | |
| 236.  - Johnson & Johnson | | | | | | | | | |
| 237.  - JP Morgan Chase | | | | | | | | | |
| 238.  - Kraft Food Group | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - McDonalds | | | | | Sold (part) | 7/9/13 | J | A | |
| 240. - Merck | | | | | | | | | |
| 241. - Mondelez | | | | | Buy (add'l) | 6/4/13 | J | | |
| 242. - Nestle | | | | | Sold (part) | 7/9/13 | J | A | |
| 243. - News Corp. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 244. - Novartis | | | | | Buy | 6/3/13 | J | | |
| 245. - Novartis | | | | | Buy (add'l) | 6/18/13 | J | | |
| 246. - Novo-Nordisk | | | | | | | | | |
| 247. - Occidental Petroleum | | | | | Buy (add'l) | 4/30/13 | J | | |
| 248. - Oracle | | | | | | | | | |
| 249. - Pepsico | | | | | Sold (part) | 7/9/13 | J | A | |
| 250. - Phillip Morris | | | | | Buy (add'l) | 12/12/13 | J | | |
| 251. - Phillips 66 | | | | | Buy | 5/11/13 | J | | |
| 252. - Praxair | | | | | Buy (add'l) | 4/30/13 | J | | |
| 253. - Procter & Gamble | | | | | Sold | 7/9/13 | J | A | |
| 254. - Qualcomm | | | | | | | | | |
| 255. - Rio Tinto | | | | | Sold | 7/9/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Roche Holding | | | | | | | | | |
| 257. - Royal Dutch | | | | | Buy (add'l) | 6/4/13 | J | | |
| 258. - Sabmiller | | | | | | | | | |
| 259. - State St. Corp. | | | | | Buy | 11/19/13 | J | | |
| 260. - Target | | | | | | | | | |
| 261. - Texas Instruments | | | | | | | | | |
| 262. - Time Warner | | | | | | | | | |
| 263. - Total | | | | | Buy (add'l) | 4/30/13 | J | | |
| 264. - Total | | | | | Sold (part) | 6/3/13 | J | | |
| 265. - Twenty-first Century Fox | | | | | | | | | |
| 266. - United Technologies | | | | | Buy (add'l) | 6/4/13 | J | | |
| 267. - Walgreen | | | | | | | | | |
| 268. - Wal-Mart | | | | | Sold (part) | 7/9/13 | J | A | |
| 269. - Walt Disney | | | | | | | | | |
| 270. - Wells Fargo | | | | | Buy | 7/9/13 | J | | |
| 271. - Xilinx | | | | | | | | | |
| 272. - exchange traded and closed end funds (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Powershares Fundamental Pure Mid Growth Fund | | | | | | | | | |
| 274. - Powershares Fundamental Pure Mid Value Fund | | | | | | | | | |
| 275. - SPDR Dow Jones Wilshire Int'l Real Est. Fund | | | | | | | | | |
| 276. - SPDR Nuveen Barclays Fund | | | | | Buy (add'l) | 6/4/13 | J | | |
| 277. -Vanguard TTL World Stk Index Fund | | | | | Buy (add'l) | 6/4/13 | J | | |
| 278. - mutual funds (H): | | | | | | | | | |
| 279. - Artisan Mid Cap Fund | | | | | | | | | |
| 280. - Calamos Market Neutral Fund | | | | | | | | | |
| 281. - Cohen & Steers Realty Fund | | | | | Buy (add'l) | 12/12/13 | J | | |
| 282. - Davis NY Venture Fund | | | | | | | | | |
| 283. - Franklin Conv. Sec. Adv. Fund | | | | | | | | | |
| 284. - Invesco Premier Tx Exempt Inst. Fund | | | | | | | | | |
| 285. - Ivy Global Nat. Res. I Fund | | | | | | | | | |
| 286. - JP Morgan Dynamic Sm Cp Gr Sel Fund | | | | | | | | | |
| 287. - Legg Mason WA Emerg. Mkt. Debt I Fund | | | | | Buy (add'l) | 12/12/13 | J | | |
| 288. - Lord Abbett Bond Deb. F Fund | | | | | | | | | |
| 289. - Mainstay Large Cap Grw I Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Nuveen limited term muni bond I Fund | | | | | Buy (add'l) | 6/4/13 | J | | |
| 291. - Nuveen Tradewinds Emerg. Mkts. I Fund | | | | | | | | | |
| 292. - Oppenheier Int'l Bond Y Fund | | | | | Buy (add'l) | 12/12/13 | J | | |
| 293. - Prudential Jennison Mid Cap GW Z Fund | | | | | | | | | |
| 294. - Royce Premier Inv Fund | | | | | | | | | |
| 295.     Trust No. 3: | F | Int./Div. | P1 | T | | | | | |
| 296. - brokerage account No. 1 (H): | | | | | | | | | |
| 297. - Morgan Stanley Active Assets Tax Free Trust Acct. | | | | | | | | | |
| 298. - stocks (H): | | | | | | | | | |
| 299. - Accenture | | | | | Sold | 5/24/13 | L | E | |
| 300. - Air Products | | | | | | | | | |
| 301. - Apache | | | | | | | | | |
| 302. - Apple | | | | | | | | | |
| 303. - Danaher | | | | | | | | | |
| 304. - Emerson Electric | | | | | Sold | 5/24/13 | K | E | |
| 305. - Johnson & Johnson | | | | | | | | | |
| 306. - Target | | | | | Sold | 5/24/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - bonds (H): | | | | | | | | | |
| 308.  - Bay County FL School '18 3.5 | | | | | | | | | |
| 309.  - CT Higher Ed. '17 3.85 | | | | | | | | | |
| 310.  - CT ST '14 3.0 | | | | | | | | | |
| 311.  - Greece NY '15 5.0 | | | | | | | | | |
| 312.  - Glastonbury '14 3.75 | | | | | | | | | |
| 313.  - Griswold '18 3.0 | | | | | | | | | |
| 314.  - Henderson Nev. '15 5.0 | | | | | | | | | |
| 315.  - Marlborough CT '16 4.0 | | | | | | | | | |
| 316.  - N.J. Turnpike '13 5.7 | | | | | Matured | 5/1/13 | J | | |
| 317.  - N.J. Transp. '17 5.0 | | | | | Buy | 12/27/13 | L | | |
| 318.  - San Buenaventura CA water '17 4.0 | | | | | Buy | 12/30/13 | K | | |
| 319.  - Southington CT '18 3.5 | | | | | | | | | |
| 320.  - UConn '14 3.7 | | | | | | | | | |
| 321.  - brokerage account No. 2 (H): | | | | | | | | | |
| 322.  - Morgan Stanley Active Assets Tax Free Trust Acct. | | | | | | | | | |
| 323.  - stocks (H): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - AIA Group | | | | | | | | | |
| 325.  - Air Liquide | | | | | Sold (part) | 7/25/13 | J | A | |
| 326.  - Allianz | | | | | | | | | |
| 327.  - America Movil | | | | | Sold | 3/18/13 | J | | |
| 328.  - American Express | | | | | | | | | |
| 329.  - Anheuser Busch | | | | | | | | | |
| 330.  - Arm Holdings | | | | | Sold (part) | 6/19/13 | J | A | |
| 331.  - Atlas Copco | | | | | | | | | |
| 332.  - Baidu | | | | | Buy | 6/21/13 | J | | |
| 333.  - Banco Bilbao | | | | | Buy | 6/10/13 | J | | |
| 334.  - Barrick Gold | | | | | Buy (add'l) | 12/20/13 | J | | |
| 335.  - Baxrer Int'l | | | | | | | | | |
| 336.  - Bayerische Motore Werke | | | | | Buy | 10/15/13 | J | | |
| 337.  - Becton | | | | | | | | | |
| 338.  - BG Group | | | | | | | | | |
| 339.  - Bunge | | | | | Buy (add'l) | 2/15/13 | J | | |
| 340.  - CR Bard | | | | | Sold | 10/1/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  - Canadian National Ry. | | | | | | | | | |
| 342.  - Charles Schwab | | | | | Sold (part) | 7/31/13 | J | B | |
| 343.  - Chevron | | | | | | | | | |
| 344.  - Chubb | | | | | | | | | |
| 345.  - Cisco | | | | | Sold (part) | 6/20/13 | J | A | |
| 346. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 347.  - Cochlear | | | | | | | | | |
| 348.  - Conoco | | | | | | | | | |
| 349.  - CSL Ltd. | | | | | | | | | |
| 350.  - CVS | | | | | | | | | |
| 351.  - Dassault Systems | | | | | | | | | |
| 352.  - DBS Group | | | | | | | | | |
| 353.  - Dell | | | | | Sold | 4/23/13 | J | | |
| 354.  - Devon | | | | | | | | | |
| 355.  - Dr. Pepper | | | | | | | | | |
| 356.  - Ebay | | | | | Sold | 1/15/13 | J | C | |
| 357.  - Exelon | | | | | Buy | 11/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Express Scripts | | | | | Buy | 6/20/13 | J | | |
| 359. - Exxon Mobil | | | | | | | | | |
| 360. - Fanuc Ltd. | | | | | | | | | |
| 361. - Fresenius Medical Care | | | | | Buy (add'l) | 5/20/13 | J | | |
| 362. | | | | | Sold (part) | 10/1/13 | J | A | |
| 363. - Gazprom | | | | | Buy (add'l) | 2/5/13 | J | | |
| 364. - Glaxo Smith Kline | | | | | Buy (add'l) | 2/7/13 | J | | |
| 365. - Google | | | | | Sold | 10/18/13 | J | C | |
| 366. - Hong Kong Exchanges & Clearing | | | | | Buy | 6/14/13 | J | | |
| 367. - HSBC | | | | | | | | | |
| 368. - Hoya | | | | | | | | | |
| 369. - Icici Bank | | | | | | | | | |
| 370. - Imperial Oil | | | | | | | | | |
| 371. - Itau Unibanco | | | | | Buy (add'l) | 10/10/13 | J | | |
| 372. - JGC | | | | | Buy (add'l) | 5/10/13 | J | | |
| 373. - Johnson & Johnson | | | | | Sold (part) | 9/12/13 | J | A | |
| 374. - L'Oreal | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Li & Fung | | | | | Sold | 2/14/13 | J | | |
| 376. - Lonza | | | | | Sold | 10/3/13 | J | A | |
| 377. - LVMH Moet | | | | | | | | | |
| 378. - Mack Cali Realty | | | | | Buy | 12/18/13 | J | | |
| 379. - Medtronic | | | | | | | | | |
| 380. - Microsoft | | | | | Sold (part) | 7/30/13 | J | A | |
| 381. - Mitsubishi | | | | | Buy | 10/1/13 | J | | |
| 382. - Molson | | | | | | | | | |
| 383. - Monotaro | | | | | Buy | 11/25/13 | J | | |
| 384. - MTN Group | | | | | | | | | |
| 385. - Nestle | | | | | | | | | |
| 386. - Newmont | | | | | Sold (part) | 11/8/13 | J | | |
| 387. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 388. - Nokian Tyres | | | | | | | | | |
| 389. - Northrop | | | | | Sold (part) | 8/14/13 | J | A | |
| 390. - Novo Nordisk | | | | | | | | | |
| 391. - Pepsico | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - Petroleo ADS | | | | | | | | | |
| 393. - PNC Financial | | | | | | | | | |
| 394. - Potash | | | | | Sold | 9/20/13 | J | | |
| 395. - Procter & Gamble | | | | | | | | | |
| 396. - Qiagen-Eur | | | | | Sold | 1/10/13 | J | | |
| 397. - Roche | | | | | | | | | |
| 398. - SAP Ag | | | | | | | | | |
| 399. - Sasol | | | | | Buy (add'l) | 12/20/13 | J | | |
| 400. - Schlumberger | | | | | Sold (part) | 2/5/13 | J | | |
| 401. - Schneider | | | | | | | | | |
| 402. - Sigma-Aldrich | | | | | | | | | |
| 403. - Sonova | | | | | Sold (part) | 5/13/13 | J | A | |
| 404. - Suntrust | | | | | | | | | |
| 405. - Svenska | | | | | | | | | |
| 406. - Swatch | | | | | Sold (part) | 3/11/13 | J | A | |
| 407. - Sysmex | | | | | | | | | |
| 408. - Taiwan Semiconductor | | | | | Buy (add'l) | 8/27/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Target | | | | | | | | | |
| 410. - Tesco | | | | | | | | | |
| 411. - Torchmark | | | | | Sold (part) | 7/19/13 | J | A | |
| 412. - Travelers | | | | | | | | | |
| 413. - Turkiye Garantu Bankasi | | | | | Buy (add'l) | 2/7/13 | J | | |
| 414. - US Bancorp | | | | | | | | | |
| 415. - Unicharm | | | | | | | | | |
| 416. - Unilever NV NY | | | | | Sold (part) | 1/25/13 | J | A | |
| 417. - Wal-Mart | | | | | | | | | |
| 418. - Wells Fargo | | | | | Buy (add'l) | 1/29/13 | J | | |
| 419. - WPP PLC | | | | | | | | | |
| 420. - Xinyi Glass | | | | | Sold | 9/24/13 | J | A | |
| 421. - Exchange Traded & Closed End Funds (H): | | | | | | | | | |
| 422. - IShares MSCI Small Cap Fund | | | | | | | | | |
| 423. - Mutual Funds (H): | | | | | | | | | |
| 424. - Alliance Bernstein Small-Mid Cap Fund | | | | | Sold | 6/14/13 | M | D | |
| 425. - CRM Small Cap Value Inst. Fund | | | | | Buy | 6/14/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Franklin Fed. Intm. Trm. Tx. Fr. Adv. Fund | | | | | Buy (add'l) | 4/18/13 | J | | |
| 427. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 428. - Gabelli Equity Fund | | | | | | | | | |
| 429. - Invesco Pemier Fund | | | | | Buy (add'l) | 12/20/13 | J | | |
| 430. - Lord Abbett Conv. Fund | | | | | | | | | |
| 431. - Lord Abbett Emerg. Mkts. Currr.Fund | | | | | Buy (add'l) | 12/20/13 | J | | |
| 432. - Nuveen Ltd. Term Mun. Bond Fund | | | | | Buy (add'l) | 12/20/13 | J | | |
| 433. - Oakmark Int'l Small Cap I Fund | | | | | | | | | |
| 434. - Oppenheimer Int'l Bond Fund | | | | | Buy (add'l) | 12/20/13 | J | | |
| 435. - Pimco Real Return Fnd | | | | | Buy (add'l) | 12/20/13 | J | | |
| 436. - Thornburg Int'l Value I Fund | | | | | | | | | |
| 437. -Tweedy Browne Global Value Fund | | | | | | | | | |
| 438. - ▨ Trust No. 4: | E | Int./Div. | P1 | T | | | | | |
| 439. - brokerage account No. 1 (H): | | | | | | | | | |
| 440. - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 441. - stocks (H): | | | | | | | | | |
| 442. - Accenture | | | | | Sold | 5/24/13 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 55

Name of Person Reporting

Newman, Jon O.

Date of Report

06/09/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Apple | | | | | | | | | |
| 444. - Automatic Data Processing | | | | | | | | | |
| 445. - Danaher | | | | | | | | | |
| 446. - Ecolab | | | | | | | | | |
| 447. - Exxon Mobil | | | | | | | | | |
| 448. - Nike Class B | | | | | | | | | |
| 449. - Noble | | | | | Sold | 5/24/13 | K | D | |
| 450. - Procter & Gamble | | | | | Sold | 5/24/13 | L | F | |
| 451. - United Tchnologies | | | | | | | | | |
| 452. - bonds (H): | | | | | | | | | |
| 453. - CT G.O. Ser. C '14 5.25 | | | | | Redeemed | 5/1/13 | M | | |
| 454. - Glastonbury CT '14 3.75 | | | | | | | | | |
| 455. - Kentucky St Prop '19 4.0 | | | | | Buy | 11/1/13 | L | | |
| 456. - N.J. St Transp. '17 5.75 | | | | | Buy | 11/1/13 | L | | |
| 457. - NYC Transition Fin. '16 5.0 | | | | | | | | | |
| 458. - Philadelphi PA Sch. '14 5.0 | | | | | | | | | |
| 459. - Phoenix AZ Civic Impt. '15 4.0 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 55

Name of Person Reporting

Newman, Jon O.

Date of Report

06/09/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Southington CT '18 35 | | | | | | | | | |
| 461. - UConn '14 3.7 | | | | | | | | | |
| 462. - U.S. Treasury '18 9.0 | | | | | | | | | |
| 463. - brokerage account No. 2 (H): | | | | | | | | | |
| 464. - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 465. - stocks (H): | | | | | | | | | |
| 466. - Advance Auto Parts | | | | | Buy | 8/5/13 | J | | |
| 467. - AIA Group | | | | | Buy (add'l) | 7/1/13 | J | | |
| 468. - Air Liquide | | | | | Sold (part) | 7/25/13 | J | A | |
| 469. - Allianz | | | | | Buy (add'l) | 2/5/13 | J | | |
| 470. - AMC | | | | | Sold (part) | 7/18/13 | J | A | |
| 471. - America Movil | | | | | Sold | 3/18/13 | J | | |
| 472. - Anadarko Petroleum | | | | | | | | | |
| 473. - Anheuser-Busch | | | | | | | | | |
| 474. - Anasys | | | | | | | | | |
| 475. - Arm Holdings | | | | | Sold (part) | 6/19/13 | J | A | |
| 476. - Atlas Copco | | | | | Buy (add'l) | 8/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 55

**Name of Person Reporting**

Newman, Jon O.

**Date of Report**

06/09/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Autodesk | | | | | | | | | |
| 478. - Baidu | | | | | Buy | 6/21/13 | J | | |
| 479. - Banco Bilbao | | | | | Buy | 6/10/13 | J | | |
| 480. - Bayerische Motoren Werke | | | | | Buy | 7/25/13 | J | | |
| 481. - BG Group | | | | | Buy (add'l) | 7/18/13 | J | | |
| 482. - Biogen | | | | | Sold (part) | 7/18/13 | J | C | |
| 483. - Blackbaud | | | | | Sold | 3/19/13 | J | A | |
| 484. - Broadcom | | | | | Buy (add'l) | 8/12/13 | J | | |
| 485. - Bunge Ltd. | | | | | Buy (add'l) | 2/15/13 | J | | |
| 486. - Cablevision | | | | | Sold (part) | 7/18/13 | J | | |
| 487. - Canadian Nat. Ry. | | | | | | | | | |
| 488. - Church & Dwight | | | | | Sold (part) | 6/13/13 | J | A | |
| 489. - Citrix | | | | | Buy (add'l) | 12/4/13 | J | | |
| 490. - Clarcor | | | | | | | | | |
| 491. - Cochlear | | | | | Buy (add'l) | 7/18/13 | J | | |
| 492. - Cohen & Steers | | | | | | | | | |
| 493. - Comcast | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 55

Name of Person Reporting

Newman, Jon O.

Date of Report

06/09/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - Copart | | | | | | | | | |
| 495. - Core Labs | | | | | Buy | 7/23/12 | J | | |
| 496. - Covidien | | | | | | | | | |
| 497. - Cree | | | | | Sold (part) | 7/18/13 | J | B | |
| 498. - CSL | | | | | | | | | |
| 499. - Dassault | | | | | | | | | |
| 500. - DBS | | | | | | | | | |
| 501. - Directv | | | | | | | | | |
| 502. - Dolby | | | | | Buy (add'l) | 6/14/13 | J | | |
| 503. - Donaldson | | | | | Sold (part) | 2/11/13 | J | A | |
| 504. - Dresser-Rand | | | | | | | | | |
| 505. - Eaton Vance | | | | | | | | | |
| 506. - Equifax | | | | | Buy | 7/24/13 | J | | |
| 507. - Expeditors Int'l | | | | | Buy (add'l) | 3/19/13 | J | | |
| 508. - Factset Research | | | | | | | | | |
| 509. - Fanuc | | | | | Buy (add'l) | 10/22/13 | J | | |
| 510. - Fluor | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 55

Name of Person Reporting

Newman, Jon O.

Date of Report

06/09/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511.  - Forest Labs | | | | | | | | | |
| 512.  - Freeport McMoran | | | | | Buy (add'l) | 6/14/13 | J | | |
| 513.  - Fresenius | | | | | Buy (add'l) | 7/8/13 | J | | |
| 514.  - Fresenius | | | | | Sold (part) | 10/10/13 | J | | |
| 515.  - Gazprom | | | | | Buy (add'l) | 2/5/13 | J | | |
| 516.  - Helco | | | | | Sold (part) | 10/22/13 | J | | |
| 517.  - Hillenbrand | | | | | Sold | 7/15/13 | J | A | |
| 518.  - Hittite Microwave | | | | | Buy | 6/14/13 | J | | |
| 519.  - Hong Kong Exchanges & Clearing | | | | | Buy | 6/14/13 | J | | |
| 520.  - HSBC | | | | | Sold | 6/6/13 | J | A | |
| 521.  - Icici | | | | | | | | | |
| 522.  - Immunogen | | | | | Buy (add'l) | 11/11/13 | J | | |
| 523.  - Imperial Oil | | | | | | | | | |
| 524.  - Isis Pharmaceuticals | | | | | Sold (part) | 7/18/13 | J | B | |
| 525.  - Itau Unibanco | | | | | Buy (add'l) | 10/16/13 | J | | |
| 526.  - Jack Henry | | | | | | | | | |
| 527.  - JGC | | | | | Buy (add'l) | 5/10/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 55

Name of Person Reporting

Newman, Jon O.

Date of Report

06/09/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  - L'Oreal | | | | | | | | | |
| 529.  - L3 Comm. | | | | | | | | | |
| 530.  - Landstar | | | | | Sold (part) | 3/19/13 | J | A | |
| 531.  - Liberty Interactive Co. Inter A | | | | | | | | | |
| 532.  - Liberty Media | | | | | Sold (part) | 7/18/13 | J | A | |
| 533.  - Li & Fung | | | | | Sold | 2/14/13 | J | | |
| 534.  - Lonza | | | | | Sold | 9/18/13 | J | A | |
| 535.  - LVMH Moet | | | | | | | | | |
| 536.  - Mallinckrodt | | | | | Spinoff (from line 496) | 5/10/13 | J | | |
| 537. | | | | | Sold | 7/13/13 | J | A | |
| 538.  - Micro Systems | | | | | Buy | 1/18/13 | J | | |
| 539.  - Microchip | | | | | Sold | 1/18/13 | J | | |
| 540.  - Mitsubishi | | | | | Buy | 10/4/13 | J | | |
| 541.  - Monotaro | | | | | Buy | 11/25/13 | J | | |
| 542.  - Monotype | | | | | Buy | 11/5/13 | J | | |
| 543.  - MSC Industries | | | | | | | | | |
| 544.  - MSCI Inc Com | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Newman, Jon O.

Date of Report

06/09/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - MTN Group | | | | | Buy (add'l) | 7/18/13 | J | | |
| 546. - National Oilwell | | | | | | | | | |
| 547. - National Instruments | | | | | Sold | 10/10/13 | J | A | |
| 548. - Nestle | | | | | | | | | |
| 549. - Nokian Tyres | | | | | | | | | |
| 550. - Nordson | | | | | Buy | 5/30/12 | J | | |
| 551. - Novo Nordisk | | | | | Buy | 6/12/13 | J | | |
| 552. - Nucor | | | | | | | | | |
| 553. - Pall | | | | | | | | | |
| 554. - Pentair | | | | | | | | | |
| 555. - Petroleo SA ADS | | | | | | | | | |
| 556. - Potash | | | | | Sold | 9/20/13 | J | | |
| 557. - Price Smart | | | | | Sold | 10/10/13 | J | A | |
| 558. - Qiagen-Eur. | | | | | Sold | 1/10/13 | J | | |
| 559. - RBC Bearngs | | | | | Buy (add'l) | 8/23/13 | J | | |
| 560. - Roche | | | | | | | | | |
| 561. - Ross Stores | | | | | Sold (part) | 10/31/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 55

Name of Person Reporting

Newman, Jon O.

Date of Report

06/09/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Sandisk | | | | | Sold (part) | 7/18/13 | J | A | |
| 563. - SAP AG | | | | | | | | | |
| 564. - Sasol | | | | | | | | | |
| 565. - Schlumberger | | | | | Sold (part) | 2/15/13 | J | | |
| 566. - Schneider | | | | | Buy (add'l) | 7/18/13 | J | | |
| 567. - Seagate Tech. | | | | | Sold (part) | 7/18/13 | J | C | |
| 568. - Silgan | | | | | Sold | 8/22/13 | J | A | |
| 569. - Sirona | | | | | | | | | |
| 570. - Snap-on | | | | | Buy | 10/16/13 | J | | |
| 571. - Sonova | | | | | Buy (add'l) | 7/18/13 | J | | |
| 572. - Starz Liberty Cap Ser. A | | | | | | | | | |
| 573. - Svenska | | | | | | | | | |
| 574. - Swatch | | | | | Buy (add'l) | 7/18/13 | J | | |
| 575. - Sysmex | | | | | | | | | |
| 576. - Taiwan Semiconductor | | | | | Buy (add'l) | 7/18/13 | J | | |
| 577. - TE Connectivity | | | | | | | | | |
| 578. - Techne | | | | | Buy (add'l) | 2/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. - Tesco | | | | | | | | | |
| 580. - The ADT Corp. | | | | | | | | | |
| 581. - Turkiye Garanti | | | | | Buy (add'l) | 7/18/13 | J | | |
| 582. - Tyco Int'l | | | | | | | | | |
| 583. - Unicharm | | | | | | | | | |
| 584. - Unilever | | | | | | | | | |
| 585. - United Health | | | | | | | | | |
| 586. - Vertex | | | | | Sold (part) | 7/18/13 | J | A | |
| 587. - Wabco Holdings | | | | | Buy | 8/22/13 | J | | |
| 588. - Weatherford Int'l | | | | | Buy (add'l) | 5/3/13 | J | | |
| 589. - Wley | | | | | Sold | 8/23/13 | J | | |
| 590. - Wolverine | | | | | Sold (part) | 6/13/13 | J | A | |
| 591. - World Fuel | | | | | | | | | |
| 592. - WPP | | | | | | | | | |
| 593. - Xinyi Glass | | | | | Sold | 9/24/13 | J | A | |
| 594. - Exchange Traded Closed End Funds (H): | | | | | | | | | |
| 595. - Ishares MSCI EAFE Value Fund | | | | | Buy (add'l) | 7/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - Ishares Russell 3000 Fund | | | | | | | | | |
| 597. - Mutual funds: | | | | | | | | | |
| 598. - Alliance Bernstein Global Bond Advisor Fund | | | | | Buy (add'l) | 7/18/13 | J | | |
| 599. - Columbia Acorn Fund | | | | | | | | | |
| 600. - Franklin Federal Intermediate-Term Tax-Free Income Fund | | | | | Buy (add'l) | 7/18/13 | K | | |
| 601. - Invesco Premier Tax Exempt | | | | | Buy (add'l) | 7/18/13 | J | | |
| 602. - Lateef Fund | | | | | Buy | 6/14/13 | K | | |
| 603. - Lord Abbett Conv. Fund | | | | | | | | | |
| 604. - Lord Abbett Emer. Mkts. Fund | | | | | Buy (add'l) | 7/18/13 | J | | |
| 605. - Nuveen Tradewinds Emerging Markets I Fund | | | | | Buy (add'l) | 7/18/13 | J | | |
| 606. - Pimco Real Return Fund | | | | | Buy (add'l) | 7/18/13 | J | | |
| 607. - TCW Total Return Bond Fund | | | | | Buy (add'l) | 7/1/13 | J | | |
| 608. - Wells Fargo Advantage Opportunity Fund | | | | | Sold | 6/14/13 | K | B | |
| 609. - ▪ IRA consisting of Stocks and Corporate Bonds: | E | Int./Div. | P1 | T | | | | | |
| 610. - brokerage account No. 1 (H): | | | | | | | | | |
| 611. - Citibank Bank Deposit | | | | | | | | | |
| 612. - corporate bonds (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - Bank of America '16 5.750 | | | | | | | | | |
| 614. - Bell South ;16 5.2 | | | | | | | | | |
| 615. - Caterpillar '15 4.750 | | | | | | | | | |
| 616. - GE Capital '14 4.875 | | | | | | | | | |
| 617. - Kimberly Clark '13 5.0 | | | | | Matured | 8/15/13 | K | | |
| 618. - Lowes '15 5.0 | | | | | | | | | |
| 619. - Pitney Bowes '14 4.875 | | | | | Redeemed | 11/4/13 | K | B | |
| 620. - municipal bonds: | | | | | | | | | |
| 621. - Ill G.O. '15 4.421 | | | | | | | | | |
| 622. - brokerage account No. 2 (H): | | | | | | | | | |
| 623. - Morgan Stanley, New Haven, CT liquid asset fund | | | | | | | | | |
| 624. - stocks (H): | | | | | | | | | |
| 625. - Aetna | | | | | Sold | 7/2/13 | J | A | |
| 626. - Aflac | | | | | Buy | 5/29/13 | J | | |
| 627. - AIA Group | | | | | | | | | |
| 628. - Air Liquide | | | | | Sold (part) | 7/25/13 | J | A | |
| 629. - Allianz | | | | | Buy (add'l) | 5/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - Allstate | | | | | Sold (part) | 3/19/13 | J | A | |
| 631. - Amazon | | | | | Sold | 3/8/13 | J | A | |
| 632. - America Movil | | | | | Sold | 3/18/13 | J | | |
| 633. - American Express | | | | | Sold | 3/8/13 | J | A | |
| 634. - American Int'l Group | | | | | Sold | 3/8/13 | J | A | |
| 635. - American Tower | | | | | Sold | 3/8/13 | J | A | |
| 636. - Anadarko Petroleum | | | | | Sold (part) | 7/8/13 | J | A | |
| 637. - Anheuser Busch | | | | | Buy (add'l) | 5/29/13 | J | | |
| 638. - Apache | | | | | Sold | 4/8/13 | J | | |
| 639. - Apple | | | | | Sold (part) | 1/25/13 | J | A | |
| 640. | | | | | Buy (add'l) | 1/30/13 | J | | |
| 641. - Arm Holding | | | | | Buy (add'l) | 5/29/13 | J | | |
| 642. | | | | | Sold (part) | 6/19/13 | J | A | |
| 643. - Astrazeneca | | | | | Buy (add'l) | 5/29/13 | J | | |
| 644. | | | | | Sold (part) | 12/20/13 | J | A | |
| 645. - Atlas Copco | | | | | Buy (add'l) | 5/29/13 | J | | |
| 646. - Baidu | | | | | Buy | 6/21/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - Banco Bilbao | | | | | Buy | 6/10/13 | J | | |
| 648. - Bank of America | | | | | Sold (part) | 3/19/13 | J | A | |
| 649. - Bank of NY Mellon | | | | | Sold (part) | 5/29/13 | K | E | |
| 650. - Bayerische Motoren Werke | | | | | Buy | 10/15/13 | J | | |
| 651. - Best Buy | | | | | Sold | 2/14/13 | J | | |
| 652. - BG Group | | | | | Buy (add'l) | 5/29/13 | J | | |
| 653. - BHP Billiton | | | | | Sold (part) | 3/19/13 | J | | |
| 654. - Biogen | | | | | Sold | 3/8/13 | J | A | |
| 655. - Blackrock | | | | | | | | | |
| 656. - BP PLC | | | | | | | | | |
| 657. - Boeing | | | | | Sold | 3/8/13 | J | A | |
| 658. - Broadcom | | | | | Buy | 7/2/13 | J | | |
| 659. - Bristol Myers | | | | | Sold | 1/9/13 | J | | |
| 660. - Bunge | | | | | Buy (add'l) | 5/29/13 | J | | |
| 661. - CA Inc. | | | | | Buy | 7/18/13 | J | | |
| 662. - Canadian National Ry. | | | | | | | | | |
| 663. - Capitol One | | | | | Sold | 2/15/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Newman, Jon O.

06/09/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - Carnival | | | | | Sold | 1/30/13 | J | A | |
| 665. - Caterpillar | | | | | Buy (add'l) | 3/22/13 | J | | |
| 666. - Celgene | | | | | Sold | 3/8/13 | J | A | |
| 667. - Charles Schwab | | | | | Sold | 3/8/13 | J | A | |
| 668. - Chesapeake Energy | | | | | | | | | |
| 669. - Chevron | | | | | Sold | 3/8/13 | J | A | |
| 670. - Cisco | | | | | Buy (add'l) | 5/29/13 | J | | |
| 671. - Cochlear | | | | | Buy (add'l) | 5/29/13 | J | | |
| 672. - Cognizant | | | | | Sold | 9/11/13 | J | A | |
| 673. - Comcast | | | | | Sold | 3/8/13 | J | A | |
| 674. - Conoco Phillips | | | | | | | | | |
| 675. - Corning | | | | | Buy (add'l) | 9/17/13 | J | | |
| 676. | | | | | Sold (part) | 12/20/13 | J | A | |
| 677. - CSL | | | | | | | | | |
| 678. - CVS | | | | | Sold | 3/8/13 | J | A | |
| 679. - CST Brands | | | | | Sold | 7/7/13 | J | A | |
| 680. - Dassault Systems | | | | | Buy (add'l) | 5/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. - DBS Group | | | | | Buy (add'l) | 5/29/13 | J | | |
| 682. - Devon Energy | | | | | | | | | |
| 683. - Eaton | | | | | Sold (part) | 3/8/13 | J | A | |
| 684. - Ebay | | | | | Sold | 3/8/13 | J | A | |
| 685. - Eli Lilly | | | | | Sold | 3/8/13 | J | A | |
| 686. - EMC | | | | | Sold | 3/8/13 | J | | |
| 687. - Ensco | | | | | Sold | 3/8/13 | J | A | |
| 688. - Express Scripts | | | | | Sold | 3/8/13 | J | A | |
| 689. - Exxon Mobil | | | | | Sold | 3/8/13 | J | A | |
| 690. - Fanuc | | | | | Buy (add'l) | 10/17/13 | J | | |
| 691. - FedEx | | | | | Sold (part) | 12/20/13 | J | A | |
| 692. - Fifth Third Bank | | | | | | | | | |
| 693. - Ford Motor | | | | | Buy | 4/9/13 | J | | |
| 694. | | | | | Sold (part) | 7/8/13 | J | A | |
| 695. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 696. - Freeport McMoran | | | | | Sold | 4/8/13 | J | | |
| 697. - Fresenius | | | | | Buy (add'l) | 5/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 10/10/13 | J | | |
| 699. - Gazprom | | | | | Buy (add'l) | 5/29/13 | J | | |
| 700. - General Electric | | | | | Sold (part) | 1/9/13 | J | A | |
| 701. - General Motors | | | | | Sold | 3/8/13 | J | A | |
| 702. - Gilead | | | | | Sold | 3/8/13 | J | A | |
| 703. - Goldman Sachs | | | | | Buy (add'l) | 01/22/13 | J | | |
| 704. | | | | | Sold (part) | 3/19/13 | J | A | |
| 705. - Google | | | | | Sold | 3/8/13 | J | A | |
| 706. - Halliburton | | | | | Buy (add'l) | 1/3/13 | J | | |
| 707. | | | | | Sold (part) | 9/17/13 | J | A | |
| 708. - Harris Corp. Delaware | | | | | Sold (part) | 12/20/13 | J | A | |
| 709. - Hartford Fin. Serv. | | | | | Sold (part) | 3/8/13 | J | | |
| 710. - Hewlett Packard | | | | | Buy (add'l) | 5/9/13 | J | | |
| 711. - Home Depot | | | | | Sold | 3/8/13 | J | A | |
| 712. - Hong Kong Exchanges & Clearing | | | | | Buy | 6/14/13 | J | | |
| 713. - HSBC | | | | | Sold | 6/6/13 | J | A | |
| 714. - IBM | | | | | Sold (part) | 3/8/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - Icici Bank | | | | | Buy (add'l) | 5/29/13 | J | | |
| 716. - Imperial Oil | | | | | Buy (add'l) | 5/17/13 | J | | |
| 717. - International Game Tech. | | | | | Sold (part) | 9/17/13 | J | A | |
| 718. - Intel | | | | | Sold | 2/6/13 | J | | |
| 719. - Itau | | | | | Buy (add'l) | 5/29/13 | J | | |
| 720. - JGC | | | | | Buy (add'l) | 5/29/13 | J | | |
| 721. - Johson & Johnson | | | | | Sold | 3/8/13 | J | A | |
| 722. - JP Morgan Chase | | | | | Sold (part) | 3/19/13 | J | A | |
| 723. - Keycorp | | | | | Sold (part) | 7/8/13 | J | A | |
| 724. - Kohls | | | | | Buy | 7/1/13 | J | | |
| 725. - Kraft Food Group | | | | | Sold | 3/8/13 | J | | |
| 726. - Las Vegas Sands | | | | | Sold | 3/8/13 | J | | |
| 727. - Li & Fung | | | | | Sold | 3/8/13 | J | | |
| 728. - Liberty Global | | | | | Sold | 3/8/13 | J | A | |
| 729. - L'Oreal | | | | | Buy (add'l) | 5/29/13 | J | | |
| 730. - L-3 Communications | | | | | Buy (add'l) | 5/29/13 | J | | |
| 731. - Lonza | | | | | Sold | 10/3/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - Lowes | | | | | Sold | 3/8/13 | J | A | |
| 733. - LVMH Moet | | | | | | | | | |
| 734. - Marsh & McLennan | | | | | Sold | 3/8/13 | J | A | |
| 735. - Mastercard | | | | | Sold | 3/8/13 | J | A | |
| 736. - Metlife | | | | | Sold (part) | 7/8/13 | J | A | |
| 737. - Microsoft | | | | | Buy (add'l) | 9/17/13 | J | | |
| 738. - Mitsubishi | | | | | Buy | 10/4/13 | J | | |
| 739. - Mondelez | | | | | Sold | 2/15/13 | J | A | |
| 740. - Monotaro | | | | | Buy | 11/20/13 | J | | |
| 741. - MTN Group | | | | | | | | | |
| 742. - Nestle | | | | | | | | | |
| 743. - Netapp | | | | | Sold | 3/8/13 | J | A | |
| 744. - Newmont Mining | | | | | Buy (add'l) | 3/19/13 | J | | |
| 745. - News Corp. | | | | | Sold | 3/8/13 | J | A | |
| 746. - Nokian Tyres | | | | | Buy (add'l) | 5/29/13 | J | | |
| 747. - Novo Nordisk | | | | | Buy | 6/12/13 | J | | |
| 748. - Oracle | | | | | Sold | 5/29/13 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - Peabody Energy | | | | | Sold | 3/8/13 | J | | |
| 750. - Pepsico | | | | | Sold | 1/2/13 | J | A | |
| 751. - Petroleo SA ADS | | | | | Buy | 5/29/13 | J | | |
| 752. - Pfizer | | | | | Sold | 11/20/13 | J | A | |
| 753. - Phillip Morris | | | | | Sold | 3/8/13 | J | A | |
| 754. - PNC Financial | | | | | Sold (part) | 11/20/13 | J | A | |
| 755. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 756. - Potash | | | | | Sold | 9/20/13 | J | | |
| 757. - Precision Castparts | | | | | Sold | 3/8/13 | J | A | |
| 758. - Qiagen | | | | | Sold | 1/10/13 | J | A | |
| 759. - Qualcomm | | | | | Sold | 3/8/13 | J | A | |
| 760. | | | | | Buy | 5/29/13 | J | | |
| 761. - Quest Diagnostics | | | | | Buy (add'l) | 12/20/13 | J | | |
| 762. - Rio Tinto | | | | | Sold | 2/20/13 | J | A | |
| 763. - Roche | | | | | | | | | |
| 764. - SAP | | | | | | | | | |
| 765. - Sasol | | | | | Buy (add'l) | 5/29/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766.　- Schlumberger | | | | | Sold (part) | 2/15/13 | J | | |
| 767.　- Schneider Elec. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 768.　- Schwab | | | | | Sold | 3/8/13 | J | A | |
| 769.　- Sonova | | | | | Buy (add'l) | 5/29/13 | J | | |
| 770.　- St. Jude | | | | | Sold (part) | 9/17/13 | J | | |
| 771.　- Staples | | | | | Sold (part) | 3/19/13 | J | | |
| 772.　- Suntrust | | | | | Sold (part) | 7/8/13 | J | A | |
| 773.　- Svenska | | | | | Buy (add'l) | 5/29/13 | J | | |
| 774.　- Swatch | | | | | Sold (part) | 3/11/13 | J | A | |
| 775.　- Sysmex | | | | | Buy (add'l) | 5/29/13 | J | | |
| 776.　- Taiwan Semiconductors | | | | | Buy (add'l) | 6/21/13 | J | | |
| 777.　- Target | | | | | Sold | 1/3/13 | J | | |
| 778.　- Tesco | | | | | | | | | |
| 779.　- Teva Pharmaceuticals | | | | | Buy | 11/20/13 | J | | |
| 780.　- Thermo-Fisher | | | | | Sold (part) | 12/20/13 | J | A | |
| 781.　- Thomson Reuters | | | | | Sold | 5/1/13 | J | A | |
| 782.　- TmeWaner | | | | | Sold | 2/6/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**　　　Name of Person Reporting　　　Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. - Turkiye | | | | | Buy (add'l) | 5/29/13 | J | | |
| 784. - Unicharm | | | | | | | | | |
| 785. - Unilever PLC | | | | | Buy (add'l) | 5/29/13 | J | | |
| 786. - United Technologies | | | | | Sold | 3/8/13 | J | A | |
| 787. - Unon Pacific | | | | | Sold | 3/8/13 | J | A | |
| 788. - US Bancorp | | | | | Sold | 3/22/13 | J | A | |
| 789. - Valero Energy | | | | | Buy (add'l) | 9/17/13 | J | | |
| 790. | | | | | Sold (part) | 12/20/13 | J | A | |
| 791. - Verizon | | | | | Sold | 5/29/13 | K | D | |
| 792. - Walt Disney | | | | | Sold | 3/8/13 | J | A | |
| 793. - Wells Fargo | | | | | Sold (part) | 3/19/13 | J | A | |
| 794. - Williams Co. | | | | | Sold | 3/8/13 | J | A | |
| 795. - WPP | | | | | | | | | |
| 796. - Xinyi Glass | | | | | Sold (part) | 9/24/13 | J | A | |
| 797. - Yamana | | | | | Buy | 5/29/13 | J | | |
| 798. - Zoetis | | | | | Sold | 7/18/13 | J | A | |
| 799. - Exchange Traded and Closed End Funds (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. - Ishares Barclays 7-10 Year Treasury Fund | | | | | Buy (add'l) | 12/20/13 | K | | |
| 801. - Ishares Iboxx H/Y Corp. bond Fund | | | | | Sold | 3/8/13 | K | A | |
| 802. - Ishares MSCI EAFE Index Fund | | | | | Buy (add'l) | 5/29/13 | J | | |
| 803. - Ishares Russell 1000 Index Fund | | | | | Buy (add'l) | 5/29/13 | J | | |
| 804. - Ishares Russell 1000 Value Fund | | | | | Buy (add'l) | 5/29/13 | J | | |
| 805. - Ishares Russell 3000 Fund | | | | | Buy | 5/29/13 | L | | |
| 806. - Ishares TIPS Bond Fund | | | | | Buy (add'l) | 12/20/13 | J | | |
| 807. - Vanguard Utilities Fund | | | | | Buy (add'l) | 5/29/13 | K | | |
| 808. - Mutual Funds (H): | | | | | | | | | |
| 809. - Eaton Vance Floating Rate Fund | | | | | | | | | |
| 810. - Invesco AIM ATST Premier | | | | | Buy (add'l) | 5/29/13 | J | | |
| 811. - Invesco Mid Cap Core Equity Fund | | | | | Buy (add'l) | 5/29/13 | K | | |
| 812. - JP Morgan Highbridge Statistical Market Neutral Fund | | | | | Buy | 5/29/13 | K | | |
| 813. - Legg Mason Western Asset Emerging Markets Fund | | | | | Buy (add'l) | 5/29/13 | J | | |
| 814. - Lord Abbett Bond Fund | | | | | Sold | 3/8/13 | K | A | |
| 815. - Oppenheimer Int'l Fund | | | | | Buy (add'l) | 5/29/13 | J | | |
| 816. - Pimco Real Return Fund | | | | | Buy (add'l) | 5/29/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000    E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - Pimco Total Return Fund | | | | | Buy (add'l) | 5/29/13 | J | | |
| 818. ▢ IRA xconsisting of Stocks and Corporate Bonds (H): | | | | | | | | | |
| 819. - Celgene | | | | | Buy | 2/20/13 | J | | |
| 820. - Cognizant | | | | | Buy | 5/29/13 | J | | |
| 821. - CST Brands | | | | | Buy | 7/13/12 | J | | |
| 822. - Eli Lilly | | | | | Buy | 1/9/2013 | J | | |
| 823. - Harris Corp. Delaware | | | | | Buy | 3/19/13 | J | | |
| 824. - International Game Tech. | | | | | Buy | 5/17/13 | J | | |
| 825. - Liberty Global | | | | | Buy | 2/6/13 | J | | |
| 826. - L-3 Communications | | | | | Buy | 1/8/2013 | J | | |
| 827. - Williams Co. | | | | | Buy | 1/3/2013 | J | | |
| 828. - Zoetis | | | | | Buy | 06/21/13 | J | | |
| 829. - Monsanto | | | | | Sold | 5/8/2012 | J | A | |
| 830. - ▢ Trust No. 2 (H): | | | | | | | | | |
| 831. - People's United | | | | | Sold | 12/21/11 | K | | |
| 832. - Prudential Fin. | | | | | Sold | 9/1/2011 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

global: all entries have been listed alphabetically within separately numbered brokerage accounts and, within each account, grouped within categories labeled "stocks," "exchange traded and closed end funds," "mutual funds," and "bonds" as permitted according to advice received from committee staff.

line 6: This entry reflects the acquisition by Morgan Stanley of the Smith Barney money market account, reported on line 3 of the 2012 report. The account is listed with the name Morgan Stanley uses.

line 113: This line has intentionally been left blank.

line 115: This entry reflects the acquisition by Morgan Stanley of the Smith Barney money market account, reported on line 103 of the 2012 report. The name has been changed to reflect the name of this fund used by Morgan Stanley..

lines 147 and 205: These entries reflect the acquisition by Morgan Stanley of the Smith Barney money market account, reported on line 160 of the 1012 report, and the division of that account into two separate accounts, with headers brokerge account No.1 and brogerage account No. 2.

line 265: shares of Twenty-first Century Fox were received on 7/5/13 in exchange of 238 shares of News Corp., the remainder of which are listed on line 243.

lines 297 and 322: These entries reflect the acquisition by Morgan Stanley of the Smith Barney money market account, reported on line 265 of the 1012 report, and the division of that account into two separate accounts, with headers brokerge account No.1 and brogerage account No. 2..

lines 440 and 464: These entries reflect the acquisition by Morgan Stanley of the Smith Barney money market account, reported on line 390 of the 1012 report, and the division of that account into two separate accounts, with headers brokerge account No.1 and brogerage account No. 2.

lines 611 and 623: These entries reflect the acquisition by Morgan Stanley of the Smith Barney money market account, reported on line 567 of the 2012 report, and the division of that account into two separate accounts, with headers brokerge account No.1 and brogerage account No. 2.

The report for Medco Health Solutions, which was listed on line 122 of the 2012 report, listed this stock as "Sold (part)." However, all of the holding was sold, which is why this holding does not appear in this 2013 report. The value and gsin, listed on the 2012 report, were correct.

Responses keyed to lines listed in second paragraph of Committee's June 3 letter:

Amended additional information:

Line 21: Full name of fund has been added.

Line 433: Full name of fund has been added.

Line 436: Full name of fund has been added.

Line 437: Full name of fund has been added.

Line 595: Full name of fund has been added.

Line 598: Full name of fund has been added.

Line 600: Full name of fund has been added.

Line 605: Full name of fund has been added.

Line 608: Full name of fund has been added.

Responses keyed to lines listed in third paragraph in Committee's June 3 letter:

Items listed on 2013 report, but not on 2012 report:

Line 193: This fund, listed as "Morgan Stanley Tax Free Fund," is the same as the fund liasted on line 147, which was formerly called "Morgan Stanley New Haven, CT Money Market" and has now been listed under its new name (see note for line 147 above). Because the the the entry on line 193 is a duplicate entry of the same fund under the previous name, the entry on line 193 has been deleted, and line 193 has been left blank.

Line 366: The information required in Column D has now been provided.

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 424: This fund listed as "Alliance Bernstein small-mid cap Fund" on this line is the same fund listed on line 343 the 2012 report as "Alliance Bernstein discovery value adv fund." I do not know when the name change occurred, but the ticker symbol "ABYSX" is the same for both names.

Line 495: Core Labs was inadvertently omitted from the 2012 report. The date of purchase and cost have been filled in on this amended report.

Line 506: Equifax was purchased in 2013. The entry in column D (1) should be simply "buy". It has now been corrected.

Line 538: The information required in Column D has now been provided.

Line 550: Nordson was inadvertently omitted from the 2012 report. The date of purchase ansd cost have been filled in on this amended report.

Line 666: Celgene was purchased on 2/20/13; an amended entry to reflect this purchase has been included on line 819 of this amended report.

Line 672: Cognizant was purchased on 5/29/13; an amended entry to reflect this purchase has been included on line 820 of this amended report.

Line 679: CST Brands was inadvertent;y omitted from the 2012 report. The purchase, date, and cost have been included on line 821 of this amended report.

Line 685: Eli Lilly was purchased on 1/9/2013; an amended entry to reflect this purchase has been included on line 822 of this amended report.

Line 708: Harris Corp. Delaware was purchased on 3/19/13; an amended entry to reflect this purchase has been included on line 823 of this amended report.

Line 717: International Game Tech. was purchased on 5/17/13; an amended entry to reflect this purchase has been included on line 824 of this amended report.

Line 728: Liberty Global was purchased on 2/6/13; an amended entry to reflect this purchase has been included on line 825 of this amended report.

Line 730: L-3 Communications was purchased on 1/8/2013; an amended entry to reflect this purchase has been included on lline 826 of this amended report.

Line 794: Williams Co. was purchased on 1/3/2013: an amended entry to reflect this purchase has been included on line 827 of this amended report

Line 798: Zoetis was purchased on 6/21/2013; an amended entry to reflect this purchase has been included on line 828 of this amended report.


Responses keyed to lines listed in fourth paragraph in Committee's June 3 letter:

Items listed in prior report not listed in 2013 report:

Line 12 of 2012 report: This bond, identified as "CT '13 4.25" is listed on line 40 of the 2013 report, identified more fully as "CT G.O. Ser. D '13 4.25."

Line 31 of 2012 report: This bond, identified as "UConn '16 5.0" is listed on line 69 of the 2013 report, identified as "Univ. CT '16 5.0." "UConn" is an abbreviation for University of Connecticut.

Line 149 of 2012 report: This stock "Dentsply Intl." was not listed on the 2013 report because it was sold on 4/24/2011, as reported on line 165 of the 2011 report. The listing on line 149 of the 2012 report was inadvertent.

Line 157: This stock "People's United" was not listed on the 2013 report because it was sold on 12/21/2011. A corrected entry to reflect the Column D information is included on line 831of this amended report.

Line 198: This stock "Prudential Financial" was not listed on the 2013 report because it was sold on 9/1/2011. The disposition entry "sold (part)" on line 228 of the 2011 report should have been "sold." A corrected entry to reflect the Column D information is included on line 832 of this amended report.

Line 343 of 2012 report: This fund "Alliance Bernstein Discovery Value adv. Fund" is the same as "Alliance Bernstein small-mid cap Fund," which is reported (under the original name) on line 424 of the 2013 report as sold (with all information in Column D). I do not know when the name change occurred, but the ticker symbol "ABYSX" is the same for both names.

Line 649 of 2012 report: This stock "Monsanto" was not listed on the 2013 report because it was sold on 5/8/2012. The sale should have been reported on the 2012 report. A report of that sale has been included on line 829 of this amended report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jon O. Newman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544